# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:14-MJ-54-WC |
| ) | |
| MODESTA BARAJAS DE CHAVEZ ) | |

## MOTION TO WITHDRAW AND MOTION FOR APPOINTMENT OF COUNSEL

**COMES NOW** the Federal Defenders, Middle District of Alabama, by Undersigned Counsel, Donnie W. Bethel, and respectfully moves the Court for an order allowing the Federal Defenders Office, Middle District of Alabama to withdraw as appointed counsel for Defendant, Modesta Barajas De Chavez, because of a conflict of interest.

In addition, undersigned requests that substitute counsel be appointed for Mrs. Chavez. CJA Panel Attorney Benjamin Schoettker has agreed to accept appointment of Mrs. Chavez if the Court approves.

**WHEREFORE**, Undersigned Counsel respectfully requests an order relieving him and the Federal Defenders Office as counsel of record and appoint CJA Panel Attorney Benjamin Schoettker as counsel for Defendant.

Dated this 13th day of May, 2014.

Respectfully submitted,

/s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Case No.: 2:14-MJ-54-WC |
| ) | |
| MODESTA BARAJAS DE CHAVEZ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    Respectfully submitted,

    /s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    817 South Court Street
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49