**ORIGINAL**

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

| | |
|---|---|
| RE: IN THE MATTER OF THE COMPLAINT ) | 2014 MAY 12  P 4: 49 |
| AGAINST MODESTA BARAJAS DE CHAVEZ ) | CR. MISC. NO. 2:14-MJ-54-WC |

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO UNSEAL AFFIDAVIT

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and respectfully moves the Court to unseal the affidavit in the above captioned case. Any conditions that required the affidavit to be sealed are no longer material.

Respectfully submitted this 12th day of May, 2014.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
Verne H. Speirs
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: verne.speirs@usdoj.gov