ORIGINAL **IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**RE: IN THE MATTER OF THE COMPLAINT )**
**AGAINST MODESTA BARAJAS DE CHAVEZ )**        **CR. MISC. NO. 2:14-MJ-54-WC**

## O R D E R

For good cause shown it is hereby ORDERED, ADJUDGED, and DECREED that the

affidavit in support of the search warrant be unsealed.

DONE this the _____ day of May, 2014.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE