```
        IN THE UNITED STATES
       DISTRICT COURT FOR THE
      MIDDLE DISTRICT OF ALABAMA
          NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF** | * | |
| **AMERICA,** | * | |
| | * | **CASE NUMBER** |
| V. | * | **2:14mj54-WC** |
| | * | |
| **MODESTA BARAJAS DE CHAVEZ,** | * | |
| **DEFENDANT.** | * | |
| | * | |

## MOTION TO CONTINUE
## PRELIMINARY EXAMINATION AND
## DETENTION HEARING

**COMES NOW,** Benjamin E. Schoettker, counsel for the Defendant and request that the Preliminary Examination and Detention Hearing in the above matter be continued to a later date. As grounds for said request counsel would show the following:

1. Counsel was contacted by the Federal Defenders Office yesterday in regards to this case, May 13, 2014.

2. Counsel attempted to arrange for an interpreter to meet with the Defendant on May 13, 2014 due to Counsel's understanding that the Defendant was limited in her ability to speak and understand English.

3.   Counsel was unable to secure an interpreter to meet with the Defendant as of this date and will not be able to do so until after the currently set hearing date.

4.   Counsel was able to meet with the Defendant yesterday, without an interpreter, to ascertain the Defendants ability to understand English.

5.   Counsel believes an interpreter will be necessary to ensure the Defendants fully understand her rights and the legal process.

6.   The Defendant made her initial appearance in this matter on May 12, 2014.  Pursuant to 18 U.S.C. §3142 a continuance of up to five days or longer for good cause shown is permissible.

7.   Additionally, counsel for the Defendant has received a subpoena to testify in another matter at the same time as the currently scheduled hearing in this matter.

8.   Counsel has spoken with the United States Government and co-defendants counsel in this matter, neither party has an objection to a continuance.  All parties are available to conduct the hearing in this matter on Tuesday, May 20, 2014.

WHEREFORE, the Defendant prays that this Honorable Court will continue this matter until May 20, 2014.

**RESPECTFULLY SUBMITTED** this the 14th day of May, 2014.

*/s/ Benjamin E. Schoettker*

**BENJAMIN E. SCHOETTKER**
Attorney for Defendant
608 South Hull Street
Montgomery, Alabama 36104
Phone: (334) 834-3444
Fax: (334) 262-8897
E-mail: bes@barfootschoettker.com
AL Bar Code: ASB-7848-I72S

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a copy of this Notice of Acceptance of Appointment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Vern H. Speirs, Assistant United States Attorney and Richard Keith Attorney for the Co-Defendant.

DONE this the 14th day of May, 2014.

*/s/ Benjamin E. Schoettker*

**BENJAMIN E. SCHOETTKER**
Attorney for Defendant
608 South Hull Street
Montgomery, Alabama 36104
Phone: (334) 834-3444
Fax: (334) 262-8897
E-mail: bes@barfootschoettker.com
AL Bar Code: ASB-7848-I72S